# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2020

## NO. 03-19-00954-CV

**Carlson, Brigance & Doering, Inc., and LJA Engineering, Inc., Appellants**

**v.**

**Michael S. Compton, Jenifer Hammock, and Kyle Hammock, Appellees**

## APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory orders signed by the trial court on December 5, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory orders. Therefore, the Court affirms the trial court's interlocutory orders. The costs are assessed to the appellants and each appellant shall bear one-half the costs relating to this appeal, both in this Court and in the court below.